IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**INMAN CONSTRUCTION CORP.**                                     **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 4:06CV169-P-B**

**SOUTHERN PILOT INSURANCE COMPANY,
MICHIGAN MUTUAL INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY,
TRANSCONTINENTAL INSURANCE COMPANY,
VALLEY FORGE INSURANCE COMPANY,
LEGION INSURANCE COMPANY, UNITED
STATES FIDELITY & GUARANTY COMPANY,
THE ST. PAUL COMPANIES, INC. and ST. PAUL
FIRE & MARINE INSURANCE COMPANY**             **DEFENDANTS**

**ORDER**

This cause is before the Court on the plaintiff's Motion to Strike [44]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied. Plaintiff is to respond to defendant Legion's Motion to Dismiss [39] on its merits within ten (10) days of the entry of this Order.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Strike [44] is not well-taken and should be, and hereby is, DENIED. IT IS FURTHER ORDERED that the plaintiff is to respond to defendant Legion's Motion to Dismiss [39] on its merits within ten (10) days of the entry of this Order, on or before June 22, 2007.

SO ORDERED, this the 5th day of June, 2007.

                                                                /s/ W. Allen Pepper, Jr.
                                                                W. ALLEN PEPPER, JR.
                                                                UNITED STATES DISTRICT JUDGE