IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**INMAN CONSTRUCTION CORP.**                                            **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 4:06CV169-P-B**

**SOUTHERN PILOT INSURANCE COMPANY,
MICHIGAN MUTUAL INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY,
TRANSCONTINENTAL INSURANCE COMPANY,
VALLEY FORGE INSURANCE COMPANY,
LEGION INSURANCE COMPANY, UNITED
STATES FIDELITY & GUARANTY COMPANY,
THE ST. PAUL COMPANIES, INC. and ST. PAUL
FIRE & MARINE INSURANCE COMPANY**         **DEFENDANTS**

**ORDER**

This cause is before the Court on the plaintiff's Motion to Remand [15]. The Court, having duly considered the motion, finds as follows, to-wit:

In accordance with the findings and analysis set forth in this Court's Memorandum Opinion entered contemporaneously herewith, the plaintiff's Motion to Remand is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Remand [15] is not well-taken and should be, and hereby is, DENIED. IT IS FURTHER ORDERED that the stay imposed by Magistrate Judge Eugene M. Bogen on October 23, 2006, is hereby LIFTED. IT IS FURTHER ORDERED that the parties are to contact the assigned magistrate judge regarding an initial case management conference within ten (10) days of the entry of this Order.

SO ORDERED, this the 5th day of June, 2007.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE