IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**INMAN CONSTRUCTION CORP.**                                    **PLAINTIFF**

**VERSUS**                                             **CIVIL ACTION NO. 4:06CV169-P-B**

**SOUTHERN PILOT INSURANCE COMPANY,**
**MICHIGAN MUTUAL INSURANCE COMPANY,**
**TRAVELERS PROPERTY CASUALTY,**
**TRANSCONTINENTAL INSURANCE COMPANY,**
**VALLEY FORGE INSURANCE COMPANY,**
**LEGION INSURANCE COMPANY, UNITED**
**STATES FIDELITY & GUARANTY COMPANY,**
**THE ST. PAUL COMPANIES, INC. and ST. PAUL**
**FIRE & MARINE INSURANCE COMPANY**                  **DEFENDANTS**

## ORDER

This cause is before the Court on defendant Michigan Mutual Insurance Company's Motion to Dismiss [13] and defendant Legion Insurance Company's Motion to Dismiss [39]. The Court, being fully advised in the premises, finds as follows, to-wit:

That the motions should be dismissed as moot in light of the stay order entered July 25, 2007. The parties are hereby granted leave to reurge the above motions within ten (10) days following the entry of an order lifting the stay. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Michigan Mutual Insurance Company's Motion to Dismiss [13] and defendant Legion Insurance Company's Motion to Dismiss [39] should be, and hereby are, DISMISSED AS MOOT.

SO ORDERED, this the 26th day of July, 2007.

                                                                /s/ W. Allen Pepper, Jr.
                                                                W. ALLEN PEPPER, JR.
                                                                UNITED STATES DISTRICT JUDGE